Francis B. Taylor, as Receiver, etc., of Thomas M. Lloyd, Appointed in Proceedings Supplementary to Execution, Respondent, v. Stephen N. Kreischer, Appellant.— Judgment of the County Court of Nassau county affirmed by default, with costs. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Elizabeth R. Taylor, Respondent, v. Anthony A. Lisman, Doing Business under the Firm Name and Style of Anthony A. Lisman & Company, Appellant. — Judgment and order of the City Court of Mount Vernon affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor and Miller, JJ., concurred; Rich, J., dissented on the ground that the plaintiff has failed to establish by a fair preponderance of evidence that the defendant received an order to sell at 51½.

Marian H. Thomas, Respondent, v. George H. Storm and Others, Appellants. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Oliver J. Wells, Respondent, v. The Brooklyn Union Elevated Railroad Company and The Brooklyn Heights Railroad Company, Appellants. (Action No. 2.) — Judgment modified by reducing the amount of damages to two-fifths of the sum allowed, with a proportionate reduction of the extra allowance, and as modified affirmed, without costs, on the authority of *Wells* v. *Brooklyn Union Elevated R. R. Co. No. 1 (ante,* p. 491), decided herewith. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Jesse L. Williams, Respondent, v. Riccadonna Hotel Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Fremont Wilson, Respondent, v. Electro-Dynamic Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Thomas Wixted, Respondent, v. Nassau Electric Railroad Company, Appellant. (Action No. 6.) — Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the authority of *Barnett* v. *Brooklyn Heights R. R. Co.* (53 App. Div. 432) and *People* v. *Brooklyn Heights R. R. Co.* (187 N. Y. 48). Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Carrie C. Boening, Respondent, v. William C. Boening, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Carrie C. Boening, Respondent, v. William C. Boening, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of William C. Boening.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Joel Parker Crittenden for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.